| | |
|---|---|
| **BLANK ROME LLP** <br> *A Pennsylvania LLP* <br> Michael A. Iannucci (NJ ID 18022007) <br> 300 Carnegie Center, Suite 220 <br> Princeton, NJ  08540 <br> Tel.: (609) 750-7700 <br> Fax: (609) 750-7701 <br> Iannucci@BlankRome.com | **J ROBBIN LAW, PLLC** <br> *A New York PLLC* <br> 200 Business Park Drive <br> Suite 103 <br> Armonk, New York 10504 <br> Telephone: (914) 685-5016 <br> Jonathan.robbin@jrobbinlaw.com |

*Attorney for Defendants LVNV Funding LLC; Sherman Originator, LLC; Resurgent Capital Services, L.P.; and Alegis Group, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re LVNV FUNDING LLC Fair Debt Collection Practices Act Litigation | Civil Action No. 2:16-cv-01117-SDW-SCM <br> (and consolidated cases <br> 2:16-cv-01235-JLL-JAD (D.N.J.) <br> 2:17-cv-00390-JMV-JBC (D.N.J.) <br> 2:17-cv-02833-WJM-MF (D.N.J.) <br> BER-L-003515-17 (N.J. Super. Ct. Law Div.) <br> 2:17-cv-04567-MCA-LDW (D.N.J.) <br> 3:17-cv-06121-PGS-TJB (D.N.J.) <br> 2:17-cv-06122-JMV-JBC (D.N.J.) <br> 2:17-cv-06204-SDW-LDW (D.N.J.) <br> 2:17-cv-06250-SDW-LDW (D.N.J.) <br> 3:17-cv-06251-MAS-TJB (D.N.J.) <br> 2:17-cv-06278-JLL-JAD (D.N.J.) <br> 2:17-cv-06279-JLL-JAD (D.N.J.) <br> 2:17-cv-07842-JMV-SCM (D.N.J.) <br> 2:17-cv-07891-MCA-SCM (D.N.J.) <br> 2:18-cv-01521-KM-JBC (D.N.J.) |

**ORDER**

This matter having been brought before the Court with consent by application of Blank Rome LLP, counsel for Defendants LVNV Funding LLC; Sherman Originator, LLC; Resurgent Capital Services, L.P.; and Alegis Group, LLC, for an Order permitting Jonathan M. Robbin to appear and participate *pro hac vice* in this matter on behalf of Defendants; for good cause shown pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey and the Court having considered the parties' submissions, if any, and good cause having

been shown;

IT IS on this 21st day of July, 2020, ORDERED that Jonathan M. Robbin of J Robbin Law, PLLC in Armonk, NY, is permitted to appear *pro hac vice* as additional counsel for Defendants in the above-captioned matter, pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with or submitted to the Court shall be signed by Michael A. Iannucci, Esquire, or by such other member of the bar of this Court who has or may appear as counsel of record for Defendants, who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all steps of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order; and it is

FURTHER ORDERED that each attorney admitted *pro hac vice* pursuant to this Order shall pay the annual fee to the New Jersey Lawyers Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and the fee required by L.Civ.R. 101.1(c)(3) within twenty (20) days from the date of the entry of this Order; and it is

FURTHER ORDERED that each attorney admitted *pro hac vice* pursuant to this Order shall be within the disciplinary jurisdiction of this Court, and shall be bound by the Local Civil and Admiralty Rules of the United States District Court for the District of New Jersey, including the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys; and it is

FURTHER ORDERED that each attorney admitted *pro hac vice* pursuant to this Order shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is

-3-

FURTHER ORDERED that a copy of this Order shall be forwarded by the Clerk to the Treasurer of the New Jersey Lawyers Fund for Client Protection.

          *s/Susan D. Wigenton*
          Honorable Susan D. Wigenton, U.S.D.J.